subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.

**No. 66503.**—Bloomingdale Bros., a Div. of Fed. Dept. Stores, Inc. *v.* United States, protest 60/12993 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlestick holders, sconces, or similar articles similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiff was sustained.

**No. 66504.**—Italian Drugs Importing Co., Inc. *v.* United States, protests 60/25410 and 61/10080 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of samples similar in all material respects to those the subject of *Italian Drugs Importing Co., Inc.* v. *United States* (46 Cust. Ct. 243, C.D. 2263), the claim of the plaintiff was sustained.

**No. 66505.**—Ameln Brothers, Inc. *v.* United States, protest 58/1897 (Boston).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C.D. 1862), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 27, 1962

**No. 66506.**—Engis Equipment Company *v.* United States, protests 259195–K/6886 and 262422–K/7178 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of talyrond apparatus and equipment similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiff was sustained.

**No. 66507.**—Engis Equipment Company *v*. United States, protest 266281–K/7298 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of talyrond apparatus and equipment similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiff was sustained.

**No. 66508.**—J. C. De Jong & Co., Inc., et al. *v*. United States, protests 60/17878, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 28, 1961

**No. 66509.**—C. J. Tower & Sons of Niagara, Inc. *v*. United States, protest 59/19014 (Buffalo).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of nickel-bearing materials similar in all material respects